## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                 Plaintiff,<br>vs.<br><br>CEILI MARIE STOLECKI (1),<br><br>                                 Defendant. | Case No. 22-CR-2403-CAB<br><br>JUDGMENT OF DISMISSAL |

IT IS APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information/Superseding Information:

21:841(a)(1) - Possession of Methamphetamine with Intend to Distribute,
21:841(a)(1) and 846 - Conspiracy to Distribute Methamphetamine,
21:853 - Criminal Forfeiture

Dated:  8/11/2023

                                                                 Hon. Cathy Ann Bencivengo
                                                                 United States District Judge